# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF KENTUCKY
# OWENSBORO DIVISION

**CHERYL ROACH, ET AL.**

        **PLAINTIFFS**

v.

**LAURA HUGHES, ET AL.**

        **DEFENDANTS**

Civil Action No. 4:13CV-00136-JHM
CHIEF JUDGE JOSEPH H. MCKINLEY, JR.

## ORDER

This matter is before the Court on the Defendants' Bill of Costs [DN 169], Plaintiffs' Objections thereto [DN 171], and Defendants' Response to Objections [DN 172] and the Court being sufficiently advised;

**IT IS HEREBY ORDERED** that the Plaintiffs' Objections are **sustained**.

*Joseph H. McKinley*

**Joseph H. McKinley, Jr., Chief Judge**
**United States District Court**

May 18, 2016

Copies to:   Counsel of record